# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEREX R. DOOLEY,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| v. | : | |
| | : | |
| **ERIC TICE et al.,** | : | **NO. 17-4315** |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 12th day of December, 2019, upon consideration of Petitioner Lerex R. Dooley's Petition for Writ of Habeas Corpus (Doc. No. 1), Magistrate Judge Linda K. Caracappa's December 3, 2018 Report and Recommendation (Doc. No. 24), Mr. Dooley's Objections to the Report and Recommendation (Doc. No. 27), Mr. Dooley's Motion for Leave to File Addendum (Doc. No. 29), the Court's February 25, 2019 Order referring this case to Magistrate Judge Caracappa for a Report and Recommendation addressing whether the procedural defaults of the claims set out in grounds one and three of Mr. Dooley's petition are excused because of the alleged ineffective assistance of counsel during Mr. Dooley's initial-review collateral proceeding (Doc. No. 30), Magistrate Judge Linda K. Caracappa's August 15, 2019 Supplemental Report and Recommendation (Doc. No. 34), and Mr. Dooley's Motion for Leave to Supplement Record (Doc. No. 36), it is **ORDERED** that Mr. Dooley's Motion for Leave to Supplement Record is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE